**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000320
01-SEP-2015
08:37 AM**

NO. CAAP-15-0000320

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Mortgage
Pass-Through Certificates, Series 2006-NC2,
Plaintiff/Counterclaim Defendant-Appellee,
v.
KENDRA ROSE BROOKS and
CLORINDA KUULEIALOHA IWILIIAMEKAMAILE LAULII KALENA BASUG,
Defendants/Counterclaimants-Appellants,
and
AMERICA'S SERVICING COMPANY,
Additional Counterclaim Defendant-Apellee,
and
NANCY SOTELO; WILLIAM N. STUTZMANN; JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1577-08)

ORDER APPROVING THE AUGUST 18, 2015
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed August 18, 2015, by Defendants-Appellants Kendra
Rose Brooks, Clorinda Kuuleialoha Iwiliiamekamaile Laulii Kalena
Kaia Basug, the papers in support, and the record, it appears

that (1) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (2) the parties seek to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal was docketed April 21, 2015; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, September 1, 2015.

Presiding Judge

Associate Judge

Associate Judge